| Attorney or Party Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Donald L. Spafford, Jr. 6188<br>Pan Am Building, Suite 516<br>1600 Kapiolani Boulevard<br>Honolulu, HI 96814<br>Ph. (808) 955-3233/Fax 955-3811<br>e-mail: spafford@lava.net | |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **05-00210** |
|---|---|
| In re:<br><br>Jeffrey Alan Ling<br><br>Debtor(s). | Chapter: 13 |

## COVER SHEET FOR AMENDMENTS

*Check all of the following that are being amended.*

Schedules: ☐ A ☐ B ☐ C ☐ G ☐ H ☐ I ☐ J

Schedules: ☐ D ☐ E ☐ F  ($26 fee for 1 or more)

☐ Statement of Financial Affairs

☐ Statement of Intention

☑ List of Creditors / Mailing Matrix
($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules)

☐ List of Equity Security Holders ($26 fee)

☐ List of 20 Largest Unsecured Creditors ($26 fee)

### DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper within 5 business days after filing the amendments.*]

2/16/05
Date

/s/ Jeffrey A. Ling
Debtor

_____
Joint Debtor

### CERTIFICATE OF SERVICE

The undersigned certifies:

☑ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest, including the U.S. Trustee and Trustee.)

☑ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: 2/16/05

/s/ Donald Spafford

hib_1009-1        4/04        **Attach amended schedules, lists, or statements. Attach service list with names and addresses.**

LIST OF ADDITIONAL CREDITORS

King, Dennis
810 Richards Street. #810
Honolulu, HI 96813


State Farm Insurance Companies
Subrogation ECF Unit
P.O. Box 221
Dupont, WA 98327-0221


Uedoi, Fred
725 Kapiolani Blvd., #C309
Honolulu, HI 96814


Wong, Charles
1450 S. Beretania Street
Honolulu, HI 96814

Aloha Airlines FCU
2200 Kamehameha Hwy., Ste. 200
Honolulu, HI 96819

Brown & Company
1 Beacon Street
Boston, MA 02108-3102

Capital One Bank
P.O. Box 85015
Richmond, VA 23285-5015

Child Suport Enforcement Agency
Oahu Branch
601 Kamokila Blvd., Rm. 251
Kapolei, HI 96707-2021

Chu, Babianna
P.O. Box 10628
Honolulu, HI 96816

Chun, Kevin
1118 19th Avenue
Honolulu, HI 96816

Chung, Rita
23625 Carlson Court
Hayward, CA 94541-4583

Esposata
P.O. Box 240629
Honolulu, HI 96814

Dunbar
P.O. Box 240629
Honolulu, HI 96814

Guys, Catherine
4430 Kilauea Avenue
Honolulu, HI 96816

First Premier Bank
900 Delaware Street, Ste. 7
Sioux Falls, SD 57104

Hauoli Fumigation, Inc.
803 Kamehameha Hwy.
Pearl City, HI 96782

Hauoli Pest Control
803 Kamehameha Hwy.
Pearl City, HI 96782

Hayashi, Hide
2630 Kapiolani Blvd., #1203
Honolulu, HI 96814

Ishikawa, Janet
640 Ulukahiki
Kailua, HI 96734

Izumi, Richard
2615 S. King Street, #107A
Honolulu, HI 96826

Kim, Susan
1350 Ala Moana Blvd., #2506
Honolulu, HI 96814

King, Dennis
810 Richards Street, #810
Honolulu, HI 96813

Kratochvil, Jane
3126 Kinau St., #4
Honolulu, HI 96814

Lee, Janice
95-219 Paeli Pl.
Mililani, HI 96789

Ling, Jayna
758 Kapahulu Ave. #225
Honolulu, HI 96816

Ling, John
3425 Harding Avenue
Honolulu, HI 96816

Mike, Guy, Helix, Dennis King, etc.
P.O. Box 240629
Honolulu, HI 96814

Monogram Credit Bank of GA
P.O. Box 530993
Atlanta, GA 30353-0993

Nagatori, Ellen
777 Paani St., #1103
Honolulu, HI 96814

Nago, Kay
803 Kamehameha Hwy.
Pearl City, HI 96782

Nago, Tom
803 Kamehameha Hwy.
Pearl City, HI 96782

NASD
525 Market Street, Ste. 300
San Francisco, CA 94104-2711

NCO Financial Systems
1001 Bishop St.,
Pauahi Tower, Ste. 480
Honolulu, HI 96813

O Wan-Scarpucci, Miranda


Orchard Bank
Bankcard Services
P.O. Box 80084
Salinas, CA 93912-0084

Osuman, Amy & Mitch
94-1486 Okupu Street
Waipahu, HI 96797


Polinar, Jerome
14616 NE 44th St., #M5
Bellevue, WA 98007

Providian Bancorp
P.O. Box 9016
Pleasanton, CA 94566


Queen's Medical Center
1301 Punchbowl Street
Honolulu, HI 96813

Rudin, Nancy
5072 Poola PLace
Honolulu, HI 96821-1540


Sato, Gerald
600 Kuliouou Place
Honolulu, HI 96821

Sato, Kathleen
1711 Ala Amoamo Place
Honolulu, HI 96819


Shaolin Growth Fund
1088 Bishop Street, #902
Honolulu, HI 96813

Shigemura, Gary
745 Fort Street., Ste. 700
Honolulu, HI 96813


Shimabukuro, Paul
2457 Hihio Place
Honolulu, HI 96819

Snoops, Phillip
801 S. Beretania Street
Honolulu, HI 96813

Batterman, Scott I.
Stanton Clay Chapman
700 Bishop St., Ste. 2100
Honolulu, HI 96813

State Farm Insuarance Companies
Subrogation ECF Unit
P.O. Box 221
Dupont, WA 98327-0221

State of Hawaii
Dept. of Commerce & Consumer Affairs
235 S. Beretania St., 9th Flr.
Honolulu, HI 96813

Suen, Lurena
95-016 Kuahelani Ave.
Wahiawa, HI 96786

Takane, Jan Lu
1079 Noio Street
Honolulu, HI 96816

Teraoka, Douglas
796 Isenberg, #11B
Honolulu, HI 96826

Uedoi, Fred
725 Kapiolani Blvd., #C309
Honolulu, HI 96814

US Securities & Exchange Commission
44 Montgomery St., #1100
San Francisco, CA 94104

Wells, Marshall
3860 Nikolo Street
Honolulu, HI 96816

Wong, Charles
257 Poipu Drive
Honolulu, HI 96825

Wong, Charles
1450 S. Beretania Street
Honolulu, HI 96814

Wong, Charles
1450 S. Beretania St.
Honolulu, HI 96814

Wong, Paula
P.O. Box 240692
Honolulu, HI 96814

Yamashige, Richard
98-1228 Neki Street
Aiea, HI 96701

Yates, Eddie
99-446 Ulue Street
Aiea, HI 96701

Yoneda, Jan Kuniko
1070 Ala Napunani Street, #411
Honolulu, HI 96818